UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

SHAASIA NAZAIRE,

                Plaintiff,

      -v-

NATIONAL RAILROAD PASSENGER
CORPORATION D/B/A/ AMTRAK,

                Defendant.

---------------------------------------------------------------------X

22-cv-08220 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      A telephonic post-discovery status conference was held in this matter on October 24, 2023.  This order memorializes the pretrial and trial deadlines set by the Court at the conference.  The parties are directed to submit a joint pretrial order, motions *in limine*, requests to charge, and proposed voir dire by February 2, 2024.  Oppositions to motions *in limine* and objections to proposed voir dire and requests to charge are due by February 9, 2024.  The final pretrial conference is scheduled for February 14, 2024 at 12:00 PM in Courtroom 15C at the 500 Pearl Street Courthouse.  A Jury Trial is scheduled for February 20, 2024, at 9:00 AM in Courtroom 15C at the 500 Pearl Street Courthouse.

      SO ORDERED.

Dated: October 25, 2023
       New York, New York

                                              LEWIS J. LIMAN
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2023